29.069006

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JEWEL CARPENTER AND** | * | CIVIL ACTION NO. 06-8456 |
| **JOYCE CARPENTER** | * | |
| | * | SECTION: L |
| VS | * | |
| | * | MAGISTRATE DIV. 2 |
| **STATE FARM INSURANCE** | * | |
| **COMPANY** | * | HON. JUDGE:  FALLON |
| | * | |
| | * | HON. MAG. JUDGE: |
| | * |     WILKINSON |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ** *

**MOTION IN LIMINE
AND IN THE ALTERNATIVE
MOTION TO DISMISS WITH PREJUDICE
FOR FAILURE TO DISCLOSE INFORMATION AND FOR
NON-COMPLIANCE WITH COURT'S CSO**

**NOW INTO COURT**, through undersigned counsel, comes defendant, State Farm Fire and Casualty Company ("State Farm,"), pursuant to Fed. Rule Civ. Proc. Rule 37(b)(2)(B) and (C), who moves for sanctions against Plaintiffs for failure to disclose information and for non-compliance with this Court's CSO in the form of striking all Plaintiffs trial witnesses and exhibits or in the alternative dismissing this lawsuit with prejudice.  State Farm also comes before this Court pursuant to Fed. Rule Civ. Proc. Rule 41(b) and moves for a dismissal with full prejudice of the instant lawsuit.

Without good cause, Plaintiffs failed to disclose to State Farm their trial witnesses and exhibits, as well as to produce their expert witness reports as required by this Court's CSO. Therefore, as more fully explained in the attached memorandum, State Farm contends Plaintiffs

failure to comply with this Court's CSO will irreparably harm and undermine its fundamental rights of due process if this case is allowed to proceed to trial as scheduled on December 3, 2007.

Moreover, Plaintiffs suggested at the Settlement Conference with Judge Wilkinson on October 25, 2007 they intend to introduce at trial documentation concerning alleged damage to their contents and personal property totaling the homeowners' policy limits of $69,900 and receipts for additional living expenses totaling $24,000 prior to the October 19, 2007 discovery cutoff date, which have not been produced to State Farm. According to Plaintiffs' counsel, this documentation has not even been fully prepared. Additionally, four hours before the beginning of the Settlement Conference on October 25th for the first time Plaintiffs produced a report by Public Adjuster, American Environmental & Restor. State Farm respectfully contends that these "eleventh hour" tactics by Plaintiffs clearly indicate that Plaintiffs do not have sufficient evidence to satisfy their burden of proof at trial with respect to allegations made against State Farm. Moreover, State Farm can not thoroughly investigate and prepare a defense against documentation that has not been provided to it only a month from the scheduled trial date.

Accordingly, the appropriate sanction in the instant matter for Plaintiffs' non-compliance with this Court's CSO is the striking of all Plaintiffs trial witnesses and exhibits or in the alternative dismissing this lawsuit with prejudice.

**WHEREFORE**, defendant, State Farm prays for an Order by this Court granting its Motion in Limine striking of all Plaintiffs trial witnesses and exhibits. In the alternative, State Farm prays for an Order by this Court granting its Motion to Dismiss with Prejudice for Failure to Disclose Information and for Non-Compliance with Court's CSO.

Respectfully submitted:

s/ Tara L. Mason

_____
BURT K. CARNAHAN, #3920
TARA L. MASON, #24544
BRANT J. CACAMO, #26227
CHARLES R. RUMBLEY, #29666
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290
*Attorneys for State Farm Fire & Casualty Co.*

## CERTIFICATE OF SERVICE

     I do hereby certify that I have on this __29th__ day of October, 2007, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Mark William Smith msmith@lakewaylaw.com, dcollins@lakewaylaw.com
    Gregory Avery gregoryavery@hughes.net

                        s/ Tara L. Mason