UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEWEL CARPENTER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-8456** |
| **STATE FARM INSURANCE COMPANY, ET AL.** | **SECTION "L" (2)** |

## ORDER & REASONS

Before the Court is State Farm's Motion for Partial Summary Judgment (Rec. Doc. 21). For the following reasons, State Farm's motion is now GRANTED.

This case arises from a dispute regarding flood insurance coverage for the Plaintiffs' home located at 5047 Radcliff Street in Marrero, Louisiana, which was damaged during Hurricane Katrina. On August 29, 2006, the Plaintiffs filed suit in state court against State Farm, their homeowner's insurance carrier, seeking payment under the policy. On October 18, 2006, State Farm removed the case to this Court.

In the instant motion, State Farm contends that the version of La. R.S. 22:658 applicable in this case allows the Plaintiffs to recover 25% of their proven damages only, and does not authorize recovery of attorneys' fees. State Farm also contends that the Plaintiffs cannot recover penalties under both La. R.S. 22:658 and La. R.S. 22:1220.

The parties appear to agree that the applicable version of La. R.S. § 22:658 is that which was in effect at the time the Plaintiffs' cause of action arose. *See Lewis v. State Farm Ins. Co.*, No. 41,527 to 41,529 (La. App. 2 Cir. 12/27/06), 946 So. 2d 708, 728-29. Accordingly, the Plaintiffs' "recovery of penalties under [La. R.S.] § 22:658, if any, is limited to 25 percent of the

1

amount found to be due [under the policy] and no attorney fees may be awarded under this statute." *Ferguson v. State Farm Ins. Co.*, No. 06-3936, 2007 WL 1378507, at *4 (E.D. La. May 9, 2007). Of course, "where La. R.S. 22:1220 provides the greater penalty, La. R.S. 22:1220 supersedes La. R.S. 22:658 such that [the Plaintiffs] cannot recover penalties under both statutes." *Calogero v. Safeway Ins. Co. of La.*, 753 So. 2d 170, 174 (La. 2000). Therefore, IT IS ORDERED that State Farm's Motion for Partial Summary Judgment (Rec. Doc. 21) is hereby GRANTED.

New Orleans, Louisiana, this 19th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE