UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JEWEL CARPENTER ET AL.                                CIVIL ACTION

VERSUS                                                NO. 06-8456

STATE FARM INSURANCE                                  SECTION "L" (2)
COMPANY ET AL.

## ORDER

The court has received defense counsel's letter (filed separately in the record) regarding the captioned matter. Defense counsel is advised that he may come to my office at any time to listen to the recording, and plaintiffs' counsel will be advised so that he may join in the conference if he desires.

New Orleans, Louisiana, this \_\_15th\_\_ day of October, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE