10/15/2009 10:48 FAX                    LCBAN                         ☒001/001

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
### A PROFESSIONAL CORPORATION

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

EDWARD P. LOBMAN (1941-2004)

SHAUN M. SMITH
CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
ROBERT D. REINE
SARAH E. ROY

WRITER'S E-MAIL ADDRESS:
BKC@LCBA-LAW.COM

October 15, 2009

**FACSIMILE ONLY @ 589-7633**
Honorable Judge Joseph Wilkinson, Jr.
U.S. District Court
500 Poydras St.
New Orleans, LA 70130

Re.:   Jewel Carpenter and Joyce Carpenter v. State Farm Insurance Company
       USDC, No. 06-8456, Sec. L, Mag. 2
       Our File No. 29.069006

Dear Judge Wilkinson:

I have received your Order of yesterday regarding the discovery issues you addressed in that motion.

I am writing to request that I be allowed to listen to the "electronic recording of the hearing" which you discussed in yesterday's Order.

I ask that you advise me as soon as possible whether I will be allowed to listen to the recording. If you require me to file a formal motion about my listening to the electronic recording, please advise and I will file such a motion.

Given the circumstances, I ask the Court to advise me about this as soon as possible. Thank you for your attention to this very serious matter.

Sincerely,

BURT K. CARNAHAN

BKC:mam
cc:   Richard C. Trahant, Esq. (via facsimile @ (504) 780-7741)
      John H. Denenea, Jr., Esq. (via facsimile @ (504) 304-4587)