MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 16, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEWEL CARPENTER ET AL. | CIVIL ACTION |
| VERSUS | NO. 06-8456 |
| STATE FARM INSURANCE COMPANY ET AL. | SECTION "L" (2) |

A conference was conducted in open court on this date. Participating were: Richard Trahant, representing plaintiffs (via telephone); and Burt Carnahan, representing defendant.

Defendant's counsel acknowledged that he had listened to the electronic recording made by the official court recorder of the September 9, 2009 hearing on plaintiffs' Motion for Leave to Propound Additional Interrogatories, Record Doc. Nos. 160, 172. The court accepts the explanation and remarks made by defense counsel on the record. Accordingly,

**IT IS ORDERED** that my previous order, Record Doc. No. 185, is amended to provide that defendant's objections to the requests for production that were the subject

MJSTAR:  1 : 10

of my previous order concerning privilege, work product, Fed. R. Civ. P. 26(b)(3) and 26(b)(2)(C)(iii), and electronically stored information [Fed. R. Civ. P. 26(b)(2)(B) and 34 (b)(2)(D)] are preserved and are <u>not</u> deemed waived. Otherwise, the order remains in effect as previously entered, unless counsel reach a <u>written</u> stipulation pursuant to Fed. R. Civ. P. 29(b).

**IT IS FURTHER ORDERED** that a **Settlement Conference** is set in this case on **OCTOBER 21, 2009 at 3:00 p.m.** before me.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. ELDON E. FALLON**