29.069006

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JEWEL CARPENTER AND JOYCE CARPENTER** | * * | CIVIL ACTION NO. 06-8456 |
| | * | SECTION: L |
| VS | * | |
| | * | MAGISTRATE DIV. 2 |
| **STATE FARM INSURANCE COMPANY** | * * | HON. JUDGE:  FALLON |
| | * | |
| | * * | HON.      MAG.      JUDGE: WILKINSON |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### STATE FARM FIRE AND CASUALTY COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFFS' MOLD CLAIMS

**NOW INTO COURT**, through undersigned counsel, comes Defendant State Farm Fire and Casualty Company ("State Farm"), which submits this Motion for Partial Summary Judgment as to Plaintiffs' mold claims.

Plaintiffs allege that their property sustained mold damage after Hurricane Katrina and have produced to State Farm an estimate for mold remediation from Scott Dowdy alleging $15,715.52 in mold-related remediation.  Plaintiffs also produced to State Farm a report from Ronald Federici of Mold Testing and Remediation, LLC.

Plaintiffs, however, may not recover for mold damage, testing, and/or remediation in this lawsuit.  Plaintiffs' homeowners policy expressly excludes mold damage, testing, and/or remediation, regardless of what is alleged to have caused the mold growth.  Specifically, Plaintiffs' homeowners policy, as amended by the "Fungus (Including Mold) Exclusion

Endorsement," explains that mold damage is not covered, "regardless of . . . the cause of the [mold] or . . . whether other causes acted concurrently or in any sequence with the [mold] to produce the loss."  (Homeowners Policy at 10 & Fungus (Including Mold) Exclusion Endorsement, attached as Exh. A.).  Fungus (Including Mold) Exclusion Endorsement further states, "we do not cover… the cost of any testing or monitoring of air or property to confirm the type, absence, presence or level of fungus, whether performed prior to, during or after removal, repair, restoration or replacement of covered property".  *Id*.

Accordingly, this Court should grant State Farm's Motion for Partial Summary Judgment and enter an Order providing that Plaintiffs may not recover for mold damage, testing, and/or remediation in this case, including the fees or estimates of Ronald Federici, Scott Dowdy, or Mold Testing and Remediation, LLC.

**WHEREFORE**, defendant, State Farm prays that its motion for partial summary judgment as to Plaintiffs' mold claims be granted and that the Court issue an order providing that Plaintiffs may not recover for mold damage, testing, and/or remediation in this case, including the fees or estimates of Ronald Federici, Scott Dowdy, or Mold Testing and Remediation, LLC.

Respectfully submitted:

s/ Tara L. Mason

_____
BURT K. CARNAHAN, #3920
TARA L. MASON, #24544
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

*and Co-Counsel:*

DAVID V. JONES, #1086925
JONES ANDREWS & ORTIZ
10100 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 344-3900     Fax (210) 366-4301
***Attorneys for State Farm Fire and Casualty Co.***

## CERTIFICATE OF SERVICE

     I do hereby certify that I have on this __20th__ day of October, 2009, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Richard C. Trahant:    trahant@cavtel.net
    Jack E. Morris:    jem@jemorrislaw.com
    John Denenea, Jr.:    jdenenea@midcitylaw.com

                        s/ Tara L. Mason