29.069006

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JEWEL CARPENTER AND JOYCE CARPENTER** | * * * | CIVIL ACTION NO. 06-8456 |
| | * | SECTION: L |
| VS | * | |
| | * | MAGISTRATE DIV. 2 |
| **STATE FARM INSURANCE COMPANY** | * * | HON. JUDGE: FALLON |
| | * | |
| | * * | HON. MAG. JUDGE: WILKINSON |
| | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing MOTION TO QUASH TRIAL SUBPOENA;

**IT IS HEREBY ORDERED** that the Motion to Quash Trial Subpoena in the above-captioned matter is GRANTED as prayed for by Defendant.

New Orleans, Louisiana, this ___20th___ day of November, 2009.

_____
JUDGE