UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEWEL CARPENTER ET AL. | CIVIL ACTION |
| VERSUS | NO. 06-8456 |
| STATE FARM FIRE INS. CO. | SECTION "L" (2) |

## ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION: Plaintiffs' Motion for Contempt and Sanctions, Record Doc. No. 215

O R D E R E D:

 XXX : DISMISSED AS MOOT. A settlement has been reached in this case, and the referenced motion is therefore moot.

New Orleans, Louisiana, this ___30th___ day of November, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE